1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSEPH MARPEL,

11                  Plaintiff,                    No. 2:11-cv-0387 KJN P

12          vs.

13   SAUKHLA, et al.,

14                  Defendants.                   <u>ORDER</u>

15   _____/

16          Plaintiff, who proceeds in forma pauperis in this prisoner civil rights action, again

17   requests appointment of counsel, pursuant to two filings submitted on state law forms.  Not only

18   are the forms inapposite in federal court but, for the reasons previously stated, the court does not

19   find the required exceptional circumstances requiring appointment of counsel at this stage of

20   these proceedings.  (<u>See</u> Dkt. No. 9, citing 28 U.S.C. § 1915(e)(1); <u>Mallard v. United States Dist.</u>

21   <u>Court</u>, 490 U.S. 296, 298 (1989); <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); and

22   <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990)).  Plaintiff 's situation is like that

23   of most prisoner litigants, who must learn the litigation process as their case proceeds, and follow

24   the court's orders setting forth pertinent deadlines, rules and requirements.  Plaintiff has

25   demonstrated the ability to sufficiently articulate his claims, demonstrated by the court's finding

26   that the initial complaint states potentially cognizable claims for relief.  The relevant facts

                                              1

1    underlying plaintiff's claims appear to be limited and straightforward, and the potentially

2    cognizable legal claims are based on well-established principles.  Thus, the court continues to

3    find the absence of exceptional circumstances warranting the appointment of counsel at this time.

4           Accordingly, IT IS HEREBY ORDERED that plaintiff's March 23, 2011 motions

5    for appointment of counsel (Dkt. Nos. 10, 11) are denied without prejudice.

6    DATED:  March 31, 2011

7

8

                                        KENDALL J. NEWMAN
9                                        UNITED STATES MAGISTRATE JUDGE

10   marp0387.31kjn

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26