1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JOSEPH MARPEL,

11            Plaintiff,                        No. 2:11-cv-0387 KJN P

12        vs.

13    SAUKHLA, et al.,

14            Defendants.                       ORDER

15    _____/

16            On March 28, 2012, defendants[1] filed a Notice of Plaintiff's Death, together with

17    a copy of plaintiff's death certificate, and served a copy of the Notice and certificate on plaintiff's

18    last address of record, the California Medical Facility.  (See Dkt. No. 38.)  Although the Notice

19    states that "[d]efendants' counsel is not aware of any next of kin" (Dkt. No. 38 at 1), service of

20    the Notice upon the record of this action commences the 90-day period for decedent's successor

21    or representative to file a motion for substitution.  See Fed. R. Civ. P. 25(a)(1).

22    ////

23    ////

24    ////

25    _____

26      [1] Pursuant to order and judgment filed March 27, 2012, this action now proceeds against only one defendant, defendant Saukhla.  (See Dkt. Nos. 36, 37.)

1

1    Plaintiff's successor and/or representative is hereby informed that any motion for

2  substitution must be filed with this court on or before June 26, 2012.  If no motion for

3  substitution is filed on or before June 26, 2012, this action will be dismissed.

4  DATED:  April 6, 2012

5

6  _____
   KENDALL J. NEWMAN
7  UNITED STATES MAGISTRATE JUDGE

8

9  marp0387.death.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26