IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH MARPEL,

        Plaintiff,                    No. 2:11-cv-0387 KJN P

    vs.

SAUKHLA, et al.,

        Defendants.             ORDER

_____/

        On March 28, 2012, defendants[1] filed a Notice of Plaintiff's Death, together with a copy of plaintiff's death certificate, and served a copy of the Notice and certificate on plaintiff's last address of record, the California Medical Facility. (See Dkt. No. 38.) Although the Notice states that "[d]efendants' counsel is not aware of any next of kin" (Dkt. No. 38 at 1), service of the Notice upon the record of this action commences the 90-day period for decedent's successor or representative to file a motion for substitution. See Fed. R. Civ. P. 25(a)(1).

////

////

////

---

[1] Pursuant to order and judgment filed March 27, 2012, this action now proceeds against only one defendant, defendant Saukhla. (See Dkt. Nos. 36, 37.)

1

1  Plaintiff's successor and/or representative is hereby informed that any motion for
2  substitution must be filed with this court on or before June 26, 2012.  If no motion for
3  substitution is filed on or before June 26, 2012, this action will be dismissed.
4  DATED: April 6, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

marp0387.death.